IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Case No. 06-11364 (JKF) |
| | ) | |
| Gordon G. Hendry, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Gordon G. Hendry, | ) | |
| | ) | Adv. Pro. No. 07-51687 (JKF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **Re: Docket No. 24** |
| Marie S. Hendry, Administratrix of the Estate of David J. Hendry, | ) | |
| | ) | |
| Defendant, Third Party Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Maryann M. Hendry, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

## NOTICE OF APPEAL

Marie S. Hendry, Administratirix of the Estate of David J. Hendry, defendant and third party plaintiff in the above-captioned adversary action, hereby appeals under 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001 from the Bankruptcy Court's Order dismissing all claims against third party defendant, Maryann M. Hendry (the "Third Party Defendant") with prejudice (the "Order") entered on March 19, 2008 [Adversary Docket No. 24], in the above-captioned adversary action. The Order granted the Third Party Defendant's Motion for Summary Judgment.

The names of all parties to the Order and the names, addresses, telephone numbers, email addresses of their respective attorneys are as follows:

| | |
|---|---|
| Counsel for Debtor<br>Gordon G. Hendry: | Erin K. Brignola, Esquire<br>Cooper Levenson<br>Fox Run Shopping Center<br>30 Fox Hunt Drive<br>Bear, DE 19701<br>Tel: (302) 838-2600<br>ebrignola@cooperlevenson.com |
| Counsel for 3rd Party Defendant<br>Maryann M. Hendry: | Richard L. Abbott, Esquire<br>Abbott Law Firm<br>724 Yorklyn Road, Suite 240<br>Hockessin, DE 19707<br>Tel: (302) 489-2529<br>rich@richabbottlawfirm.com |
| Chapter 13 Trustee | Frederick L. Reigle, Esquire<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606<br>Tel: (610) 779-1313 |

Dated: March 31, 2008                    FERRY, JOSEPH & PEARCE, P.A.

                                                 /s/ Jason C. Powell
                                                Jason C. Powell (No. 3768)
                                                824 Market Street, Suite 904
                                                Wilmington, DE  198019
                                                Tel:(302) 575-1555
                                                Attorney for Marie S. Hendry

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Case No. 06-11364 (JKF) |
| Gordon G. Hendry, | Chapter 13 |
| Debtor. | |
| Gordon G. Hendry, | |
| Plaintiff, | Adv. Pro. No. 07-51687 JKF |
| v. | |
| Marie S. Hendry, Administratrix of the Estate of David J. Hendry, | |
| Defendant, Third Party Plaintiff, | |
| v. | |
| Maryann M. Hendry, | |
| Third Party Defendant. | |

ORDER

AND NOW this 19th day of March, 2008, the Court having considered the Cross-Motions for Summary Judgment by Defendant Marie S. Hendry and Third Party Defendant Maryann M. Hendry on the merits pursuant to briefing and oral argument of counsel on January 29, 2008, and the Court having concluded that there are no material facts in dispute and that Third Party Defendant Maryann M. Hendry is entitled to judgment as a matter of law, and the

parties having consented to a full and final resolution of the claims in this Federal Bankruptcy Court forum,

IT IS ORDERED that judgment is entered in favor of Maryann M. Hendry and against Marie S. Hendry, and that all claims against Maryann M. Hendry are hereby DISMISSED WITH PREJUDICE, and

IT IS FURTHER ORDERED that this shall constitute the final appealable Order of the Court.

_Judith K. Fitzgerald_
Judge Judith K. Fitzgerald
U.S. Bankruptcy Court Judge

# UNITED STATES BANKRUPTCY COURT
### District of Delaware

| | |
|---|---|
| **In Re:**<br>Gordon G. Hendry,<br>      Debtor<br>_____ | Chapter:  13<br><br>Bankruptcy No. 06−11364−JKF |
| Gordon G. Hendry<br><br>      Plaintiff<br><br>      vs.<br><br>Marie S. Hendry , et al.<br><br>      Defendant | <br><br>Adversary No. 07−51687−JKF |

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Marie S. Hendry, Administratrix of the Estate of David J. Hendry, Defendant and Third Party Plaintiff filed a Notice of Appeal on 3/31/2008 regarding the Order Entering Judgment in Favor of Maryann M. Hendry, Third Party Defendant. The Notice of Appeal may be viewed at docket number 25. The order on appeal may be viewed at docket number 24.

David D. Bird<br>
CLERK OF COURT

Date: 4/1/08<br>
(VAN−440a)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __07-51687__   ○ BK   ● AP

If AP, related BK Case Number: __06-11364__

Title of Order Appealed:
__Order Entering Judgment In Favor of Maryann M. Hendry, 3rd-Party Deft.__

Docket Number: __24__   Date Entered: __3/19/2008__

Item Transmitted:  ● Notice of Appeal       ○ Motion for Leave to Appeal
                   ○ Amended Notice of Appeal   ○ Cross Appeal

Docket Number: __25__   Date Filed: __3/31/2008__

*Appellant/Cross Appellant:
__Marie S. Hendry, Deft. & 3rd-Party Pltf.__
Counsel for Appellant:
__Jason C. Powell, Esq.__
__Ferry, Joseph, & Pearce, P.A.__
__824 Market Street, Suite 904__
__Wilmington, DE 19899__

*Appellee/Cross Appellee
__Maryann M. Hendry, 3rd-Party Deft.__
Counsel for Appellee:
__Richard L. Abbott, Esq.__
__Abbott Law Firm__
__724 Yorklyn Road, Suite 240__
__Hockessin, DE 19707__

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ● Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ● No

Have Additional Appeals to the Same Order been Filed?   ○ Yes   ● No
   If so, has District Court assigned a Civil Action Number?   ○ Yes   ○ No   Civil Action # _____

Additional Notes:
__Appellee did not file a Designation of Additional Items.__

__4/23/2008__                              By: __Margaret A. Stansbury,__
Date                                            Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: __BAP-08-13__
7/6/06