IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Case No. 06-11364 (JKF) |
| | ) | |
| Gordon G. Hendry, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Gordon G. Hendry, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 07-51687 (JKF) |
| | ) | |
| v. | ) | |
| | ) | |
| Marie S. Hendry, Administratrix of the Estate of David J. Hendry, | ) | |
| | ) | |
| Defendant, Third Party Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Maryann M. Hendry, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

**STATEMENT OF THE ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Marie S. Hendry, Administratirix of the Estate of David J. Hendry, defendant and third party plaintiff in the above-captioned adversary action, with regard to the notice of appeal filed on March 31, 2008, of the Bankruptcy Court's Order dismissing all claims against third party defendant, Maryann M. Hendry, with prejudice, entered on March 19, 2008 [Adversary Docket No. 24], hereby states the issues to be decided on appeal and designates the items to be included in the record on appeal.

## STATEMENT OF THE ISSUES TO BE DECIDED ON APPEAL

Whether the Bankruptcy Court erred in dismissing all claims against the third party defendant, Maryann M. Hendry.

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

1. July 30, 2007 Order Denying Marie Hendry's Motion for Relief From Stay [Main Case Docket No. 62].

2. Adversary Complaint Objecting to Claims #7 & #8, Setoff, Damages and Determination of Debt as Final Resolution of Chancery Court Division with any Other Related Relief [Adversary Docket No. 1].

3. Answer, Counterclaim and Third Party Complaint of Marie S. Hendry, Administratrix of the Estate of David J. Hendry [Adversary Docket No. 4].

4. Answer to Third Party Complaint Directed to Maryann M. Hendry [Adversary Docket No. 5].

5. Answer to Third Party Counterclaim and Complaint Directed to Debtor, Gordon G. Hendry [Adversary Docket No. 6].

6. Motion for Summary Judgment (Marie S. Hendry) [Adversary Docket No. 7]

7. Marie S. Hendry's Opening Brief in Support of Her Motion for Summary Judgment [Adversary Docket No. 8].

8. Third Party Defendant Maryann M. Hendry's Motion for Summary Judgment [Adversary Docket No. 9].

9. Third Pary Defendant Maryann M. Hendry's Answering Brief in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Her Motion for Summary Judgment [Adversary Docket No. 10].

10. Joint Answering Brief to the Debtor and Maryann's Motions for Summary Judgment and Reply in Further Support of Marie's Motion for Summary Judgment [Adversary Docket No. 16].

11. Joint Reply Brief in Support of Gordon G. Hendry and Maryann M. Hendry's Motions for Summary Judgment [Adversary Docket No. 18].

12. Transcript of Hearing Held on January 29, 2008 Before the Honorable Judith K. Fitzgerald [Adversary Docket No. 22].

13. March 19, 2008 Order Dismissing All Claims Against Third Party Defendant, Maryann M. Hendry [Adversary Docket No. 24].

14. Notice of Appeal [Adversary Docket No. 25].

Dated: April 10, 2008                               FERRY, JOSEPH & PEARCE, P.A.

/s/ Jason C. Powell
Jason C. Powell (No. 3768)
824 Market Street, Suite 904
Wilmington, DE  19801
Tel:(302) 575-1555
Fax: (302) 575-1714

Attorney for Marie S. Hendry