IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIE S. HENDRY, Executrix of the Estate of David J. Hendry,<br><br>    Appellant/Cross Appellant,<br><br>v.<br><br>MARYANN M. HENDRY,<br><br>    Appellee/Cross Appellee. | Case No. 08-cv-00232 SLR |

## MOTION FOR RELIEF FROM STANDING ORDER REGARDING MEDIATION

Appellee Maryann M. Hendry ("Maryann"), by and through her undersigned counsel, hereby moves this Court for relief from the Standing Order dated July 23, 2004 requiring Mediation of Bankruptcy appeals. In support of the Motion, Maryann represents the following:

1. This is an appeal of the Order of The Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, granting summary judgment to Maryann on the claims brought in the Third Party Complaint by the Appellant.

2. The grounds for summary judgment were: 1) no evidence was provided that Maryann received or benefited from any funds that the underlying adversary proceeding alleged the Debtor had improperly taken; and 2) the Delaware State law claim for conversion and equitable claims for restitution or constructive trust could not, therefore, be established.

3. Other defenses that formed the basis for the Bankruptcy Court's granting of judgment for Maryann were the fact that no specific *res* existed upon which to impose

a constructive trust, and that no evidence was presented that Maryann was unjustly enriched.

4. Other than some as-yet unknown technical legal reason, there is no legitimate basis to believe that the complete exoneration of Maryann from the frivolous claims brought against her by the Appellant in the underlying adversary proceeding will be modified on appeal.

5. The likely cost of a mediation of the appeal appears to be in the range of $5,000 to $10,000.

6. If a mediation were held, Maryann's position would be at all times that she is willing to pay $0 to the Appellant. That position will remain unwavering, since the claims brought against her are wholly without any legal merit under Delaware legal and equitable principles.

7. Maryann seeks relief from the Standing Order requiring mediation of Bankruptcy appeals on the grounds of futility. No useful purpose will be served by conducting a mediation.

8. Additionally, Maryann is unable to pay the significant costs involved in mediation. She is a retired government employee, and lives on a fixed income. The imposition of a mediation requirement on Maryann , costing $5,000 to $10,000, is not just since it will serve no useful purpose, but will instead be financially burdensome and prejudicial.

9. If the Court is convinced of the need for mediation to take place despite the futility and lack of ability to pay arguments raised herein, then it should shift mediation costs completely to the Appellant.

WHEREFORE, Appellee Maryann M. Hendry respectfully requests that this Court enter an Order in accordance with the form attached, granting her relief from the Standing Order requiring mediation of this Bankruptcy appeal.

ABBOTT LAW FIRM

/s/ Richard L. Abbott

Richard L. Abbott, Esquire (I.D. #2712)
724 Yorklyn Road, Suite 240
Hockessin, DE 19707
(302) 489-2529

Attorneys for Appellee/Cross Appellee
Maryann M. Hendry

Dated: May 6, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIE S. HENDRY, Executrix of the Estate of David J. Hendry, | : | |
| Appellant/Cross Appellant, | : | |
| v. | : | Case No. 08-cv-00232 SLR |
| MARYANN M. HENDRY, | : | |
| Appellee/Cross Appellee. | : | |

### NOTICE OF MOTION

TO:   Jason C. Powell, Esquire
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Erin K. Brignola, Esquire
Cooper Levenson
Fox Run Shopping Center
30 Fox Hunt Drive
Bear, DE 19701

PLEASE TAKE NOTICE that the undersigned will present the attached Motion For Relief From Standing Order Regarding Mediation the Honorable Sue L. Robinson on a date and time convenient to the Court.

ABBOTT LAW FIRM

/s/ Richard L. Abbott
Richard L. Abbott, Esquire (I.D. #2712)
724 Yorklyn Road, Suite 240
Hockessin, DE 19707
(302) 489-2529
Attorneys for Appellee/Cross Appellee
Maryann M. Hendry

Dated: May 6, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIE S. HENDRY, Executrix of the Estate of David J. Hendry, | : |
| Appellant/Cross Appellant, | : |
| v. | :   Case No. 08-cv-00232 SLR |
| MARYANN M. HENDRY, | : |
| Appellee/Cross Appellee. | : |

**ORDER**

AND NOW this ____ day of _____, 2008, Appellee Maryann M. Hendry having moved this Court for relief from the Standing Order requiring mediation of Bankruptcy appeals, and it appearing that the mediation of the State law based adversary case would prove futile and overly burdensome due to the expense and limited financial wherewithal of the Appellee,

IT IS ORDERED that the Motion is GRANTED, and that this Bankruptcy appeal shall not be subject to the mandatory mediation procedures under the Standing Order.

_____
Judge Sue L. Robinson